United States District Court
Southern District of Texas
ENTERED

AUG 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 31 1998

Michael N. Milby, Clerk of Court

14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF SOUTH PADRE ISLAND WATERCRAFT INC. F/K/A SOUTH PADRE ISLAND WATERCRAFT LEASING, INC. AS OWNER AND/OR OPERATORS OF TWO POLARIS WATERCRAFTS SERIAL NUMBERS PLE 41042A595 AND PLE 00773L394 § § § § § § § § VS. § JESSICA CASTLE § | § § § § § § § § § § § C.A. NO. B-96-200 |

## ORDER GRANTING MOTION TO WITHDRAW

On this the 31st day of July, 1998, the Court has reconsidered the Motion to Withdraw as Co-counsel and an Order issued heretofore Denying such relief. After reviewing the above file and motion of Deanna Harwood, the Court will allow Deanna Harwood to withdraw and hereby GRANTS the Motion and Orders Deanna Harwood withdrawn as co-counsel for the petitioner, South Padre Island Watercraft, Inc.

Done this 31st day of July, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Judge