15

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

AUG ─ ─ ─

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN THE MATTER OF SOUTH PADRE | § | |
| ISLAND WATERCRAFT, INC. F/K/A | § | |
| SOUTH PADRE ISLAND WATERCRAFT | § | |
| LEASING, INC. AS OWNER AND/OR | § | |
| OPERATORS OF TWO POLARIS | § | |
| WATERCRAFTS SERIAL NUMBERS | § | |
| PLE 41042A595 AND PLE 00773L394 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-200 |
| | § | |
| JESSICA CASTLE | § | |

TYPE OF CASE: ___X___ CIVIL            _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

                                                **AUGUST 26, 1998 AT 2:00 P.M.**

                                                JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 7, 1998

TO:    MS. JULIA M. ADAMS