16

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 2 6 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | |
|---|---|
| IN THE MATTER OF SOUTH PADRE ISLAND WATERCRAFT, INC. F/K/A SOUTH PADRE ISLAND WATERCRAFT LEASING, INC. AS OWNER AND/OR OPERATORS OF TWO POLARIS WATERCRAFTS SERIAL NUMBERS PLE 41042A595 AND PLE 00773L394 § § § § § § § § | |
| VS. § | CIVIL ACTION NO. B-96-200 |
| § | |
| JESSICA CASTLE § | |

## ORDER

At a telephonic hearing held on August 26, 1998, the court was advised that the insurer of the Petitioner is in Receivership in Illinois.

A review of the file reflect that Petitioner has never posed an adequate Stipulation for Value and Security for Costs.

Petitioner is Ordered to deposit with the court pursuant to the provision of Rule F(1) Supplemental Rules for Certain Admiralty and Maritime Claims the amount of $4,600.00 for each of the two Watercraft in this case and Security for Costs in the amount of $250.00.

In the event these deposits are not made on or before October 16, 1998, the undersigned U.S. Magistrate Judge will recommend that this Petition be dismissed for want of prosecution.

DONE at Brownsville, Texas, this 26th day of August 1998.

John Wm. Black
United States Magistrate Judge