*17*

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| IN THE MATTER OF SOUTH PADRE ISLAND WATERCRAFT, INC., F/K/A SOUTH PADRE ISLAND WATERCRAFT LEASING, INC. AS OWNER AND/OR OPERATORS OF TWO POLARIS WATERCRAFTS SERIAL NUMBERS PLE 41042A595 AND PLE 00773L394 | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-96-200 |
| JESSICA CASTLE | | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

For the reasons set forth below, this case should be dismissed pursuant to Fed. R. Civ. P. 41(b).

### BACKGROUND

This Limitation of Liability 46 U.S.C. § 181, *et seq.* action was filed by the owners of two jet skis after the Respondent, Jessica Castle was injured riding them. (Docket No. 4). The undersigned, pursuant to Rule F(1) Supplemental Rules for Certain Admiralty and Maritime Claims, required the filing with the Clerk of the value of the two watercraft and security for costs. (Docket No. 16). This has not been done.

IT IS THEREFORE **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served

with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 30th day of September 1999.

_____
John Wm. Black
United States Magistrate Judge