*18*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IN THE MATTER OF SOUTH PADRE ISLAND WATERCRAFT, INC., F/K/A SOUTH PADRE ISLAND WATERCRAFT LEASING, INC. AS OWNER AND/OR OPERATORS OF TWO POLARIS WATERCRAFTS SERIAL NUMBERS PLE 41042A595 AND PLE 00773L394 | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-96-200 |
| JESSICA CASTLE | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 30, 1999 should be **ADOPTED**.

For the reasons stated in the Magistrate Judge's Report and Recommendation cited above, IT IS THEREFORE **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

DONE in Brownsville, Texas, on this 25 day of October 1999.

Hilda G. Tagle
United States District Judge